**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IRA HOLTZMAN., individually and as the representative for a class of similarly-situated persons, | ) | |
| Plaintiff, | ) | No. 07 C 7033 |
| v. | ) | Judge Nordberg |
| CCH INCORPORATED, | ) | |
| Defendant. | ) | |

**DECLARATION OF PHILLIP A. BOCK**

Phillip A. Bock, of full age, hereby declares as follows:

1. I have personal knowledge of the facts and matters provided herein and can competently testify to same.

2. I am an attorney and the manager of the law firm of Diab & Bock, LLC d/b/a Bock & Hatch, LLC. I am one of the Class Counsel in this action, and also serve as the Claims Administrator in the case.

3. On February 10, 2009, I caused the direct mail notice of the settlement to be mailed to the ninety (90) persons on the list provided by Defendant, as set forth in paragraph 4.2 of the Settlement Agreement (Doc. #24) in this action and approved by this Court in its order of January 28, 2009 (Doc #26).

4. On or about February 6, 2009, I hired the Miller Advertising Agency, Inc. to place the publication notice approved by this Court, once

in the daily edition of the USA Today and once in the Wall Street Journal,

as set forth in the Settlement Agreement.

5.      In accordance with paragraph 4.2 of the Settlement

Agreement and this Court's January 28, 2009 order, the publication

notice appeared in the Wall Street Journal on Tuesday February 17,

2009 and in the USA Today on Tuesday, February 24, 2009.  Attach are

copies of the verifications received from these two newspapers confirming

their publications of the notice.

6.      I declare under penalty of perjury that the foregoing is true

and correct.  Executed on September 27, 2009.

/s/ Phillip A. Bock
Phillip A. Bock



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: February 24th 2009 on the following legal advertisement- **IRA HOLTZMAN v. CCH INCORPORATED.** published in the national edition of **USA Today.**

Principal Clerk of USA TODAY
February 24th 2009

This 24th day of February month
2009 year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012

pelling moral message, the ingrained law that the Lord has put into the human heart."

fragile member of society, the baby in the womb."

Dolan will do well in New York,

"He's very loyal to papal teaching and Vatican policy. But he's

Catholics have a right to disagree with church teachings on abortion and same-sex unions.

complain p... unnecessary... press approp... Women n...

USA TODAY
usatoday.com

# MARKETPLACE TO

www.marketplace.usatoday.com | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST] | To advertise call 1.800.397.0

## NOTICES

### LEGAL NOTICE

**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

IRA HOLTZMAN )
v. ) No. 07 C 7033
CCH INCORPORATED )

TO: All persons or entities located anywhere in the United States who were sent or received advertising or promotional material by facsimile from or on behalf of CCH Incorporated after November 8, 2002.

This notice relates to the settlement of a class action lawsuit that alleges that CCH Incorporated faxed advertising material in violation of the law. If you were sent or received a fax promoting products or services of CCH Incorporated (including Best Case Solutions, ProSystem fx, CorpSystem, CompleteTax, TagData, TeamMate, SWORD and MediRegs) without your express permission or without you having had a prior business relationship with CCH, your rights may be affected by a proposed settlement of a class action lawsuit. You may be entitled to money.

To obtain detailed information concerning the settlement of this class action lawsuit and to receive a claim form, you must contact by **March 25, 2009**: PHILLIP A. BOCK, BOCK & HATCH, LLC, at (312) 658-5501 or write to him at 134 North LaSalle Street, Chicago, IL 60602.

**PLEASE DO NOT CONTACT THE COURT OR THE JUDGE**

www.USATODAY.com

PERSONALS

30,000+ Russian, Latin, Asian singles Instant contact! Singles Tours Free catalog, Video! A Foreign Affair 800-576-3367 www.loveme.com

**Fun Local Singles**

Call for Your Local Number 800-289-1489, Code 7131 or MegaMates.com, 18+

BUSINESS

FRANCHISES

3 Great Franchises Under 20K
One Great Company
Human Resources - Video Services
877-485-5858
www.3greatfranchises.com

BUSINESS OPPORTUNITIES

Make Money Fast $25K/Wk
Commercial Real Estate No Exp. Nec. Returning Phone Calls. We Supply All Leads Call About Our 5 FREE progs.
1-888-297-3444

BUSINESS OPPORTUNITIES

* Buy Foreclosures *
U Find/We Fund! Split Big Profits! Training! Info: 1-800-854-1952 x16

100% RECESSION PROOF VENDING ROUTE
Do you earn $800 a day? 25 candy machines for $9,995. 800-920-9543. Offer not valid in CA/CT/KY/MD/SD.

$$ Bankcard $$
Agents Wanted
• $200.00 Upfront Bonus per app/Rates as low 1.59% FREE EQUIPMENT/Fast Approval
• Conversion Bonus up to $500.00/ Customize Residual Programs Free Leads
EXP. REQ. 1-800-852-1902 Ricardo

1,000 Businesses - Real Estate Investments - Waterfront Properties - Canada & US (by Owner) Details www.pin.ca

www.USATODAY.com

BUSINESS OPPORTUNITIES

Outside/Inside Marketing Sales!
Not MLM. Business is booming! 20K-30K mnthly. Huge Residuals. Professional marketer guarantees success. Car-health ins. bonuses. "Need Proof?" Go to
www.JacobToback.com

No Recession Here!
$250,000 profit potential first year in business is no exaggeration. If you are looking for a business that offers exceptional profit margins, low overhead with tremendous expansion possibilities that's fun and easy to do lets talk! We even fly someone into your area to ensure your success. $15,900 investment normally recovered in first 30 days call: 1-800-399-0896

MARKETPLACE

HEALTH/FITNESS

SERVING SINCE 199
VIAGRA
CIALIS, LEVITRA, PROPEC
VALTREX, XENICAL and more
OVERNIGHT SHIPPING AVAILAB
VIAMEDIC
SAFE • SECURE • DISCREET
se habla español (877-4-VIAGRA
877-484-247
VIAMEDIC.COM

VIAGRA / LEVITRA
Affordable, discreet.
Toll-free: 1-877-799-9333

Send your sales through the roof with an ad in
For more information on how to place your ad call: 1-800-3
USATODAY@rja-ads.com or visit us online at: w

# USA TODAY Puzzles

Play online —

## USA TODAY Crossword

Edited by Timothy Parker

### ON THE TABLE

By Kevin Donovan

**ACROSS**

1 Audacity
5 Coffee bar flavor
10 Emulated Gabriel
14 Pennsylvania port
15 In the works
16 Give five stars
17 It sets the tone
19 Big man in Bahrain until 2002
20 Veteran actor Vigoda
21 Outs partner
22 Put out of commission
24 Go head-to-head
26 Dollar makers
27 Fit start?
29 Put down roots
33 Offered, as farewell
36 Load mover
38 Plant pest
39 Northern France city
41 Financing factor, initially
42 South American ruminant
43 Lion's share's opposite
44 Water under the drawbridge
46 Minute matter
47 It's heard in Hungary
49 Zip
51 Guitarfish relative
53 Indefinite periods
57 Mount Vesuvius casualty
60 Horse relative
61 Account receivable
62 Twist-apart treat
63 Ducks' desire
66 Asian ...

9 Big name for losers?
10 It was worn in war, once
11 Easter entree
12 All bad
13 Gibson flick, "We ___ Soldiers"
18 View from Memphis
23 Real bargain
25 Place to find fried food
26 Emulate Beethoven

instance
57 Prepare to be shot
58 Like some agreements
59 Prefix with "phone" or "byte"
60 Side in a debate
64 Be miserable
65 Thou, now

| 1 | 2 | 3 | 4 | ■ | 5 | 6 | 7 | 8 | 9 | ■ | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | | | ■ | 15 | | | | | ■ | 16 | | | |
| 17 | | | | 18 | | | | | | ■ | 19 | | | |
| 20 | | | ■ | 21 | | | ■ | 22 | | 23 | | | | |
| 24 | | | 25 | | | ■ | 26 | | | | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | 27 | | | 28 | | ■ | 29 | | | 30 | 31 | 32 |
| 33 | 34 | 35 | | ■ | 36 | | | 37 | ■ | 38 | | | | |
| 39 | | | | 40 | ■ | 41 | | | ■ | 42 | | | | |
| 43 | | | | | ■ | 44 | | | 45 | ■ | 46 | | | |
| 47 | | | | | 48 | ■ | 49 | | | 50 | | ■ | ■ | ■ |
| ■ | ■ | ■ | 51 | | | 52 | | ■ | 53 | | | 54 | 55 | 56 |
| 57 | 58 | 59 | | | | | | 60 | | | 61 | | | |
| 62 | | | | ■ | 63 | | 64 | | | 65 | | | | |
| 66 | | | | ■ | 67 | | | | ■ | 68 | | | | |
| 69 | | | | ■ | 70 | | | | ■ | 71 | | | | |

2/24

Get USA TODAY Crosswords on your mobile phone. Visit usatoday.uclickgames.com today!

## Word Roundup™ by David L. Ho...

Find and Circle...
Eight countries
Three school subjects
Neurological organ
Cubes with pips
2,000 pounds

Answers to Monday's puzzle: SLEET HAIL RAIN SNOW -- MERCURY NEPTUNE URANUS EARTH -- SECOND MONTH YEAR DAY -- FISH DOG CAT -- PEPPER SALT

## QuickCross™ by John Wilmes

Chicago players
Card deck ones
Curveless
Corn spikes
Coffee shop
Calif. college
Chicago player
Concordes (Abbr.)
Monday's Puzzle Answer
C A S T
U T A H
B O N E
A M E N
2/23

Get USA TODAY Quick Cross on your mobile phone. Visit usatoday.uclickgames.com t...

## USA TODAY Sudo...

Complete the grid so that every row, column and 3x... contains the numbers 1 through 9 (no repeats).

DIFFICULTY RATING: ★★★☆☆



Case: 1:07-cv-07033 Document #: 30-3 Filed: 09/27/09 Page 5 of 7 PageID #:164

# MARKETPLACE TODAY

www.marketplace.usatoday.com | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST] | To advertise call 1.800.397.0070 Toll-free in the U.S. only

## NOTICES

### LEGAL NOTICE

**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

(A HOLTZMAN )
v. ) No. 07 C 7033
CH INCORPORATED )

TO: All persons or entities located anywhere in the United States who were sent or received advertising or promotional material by facsimile from or on behalf of CCH Incorporated after November 8, 2002.

This notice relates to the settlement of a class action lawsuit that alleges that CCH Incorporated faxed advertising material in violation of the law. If you were sent or received a fax promoting products or services of CCH Incorporated (including Best Case Solutions, ProSystem fx, CorpSystem, CompleteTax, TagData, amMate, SWORD and MediRegs) without your express permission or without you having had a prior business relationship with CCH, your rights may be affected by a proposed settlement of a class action lawsuit. You may be entitled to money.

To obtain detailed information concerning the settlement of this class action lawsuit and to receive a claim form, you must contact by **March 25, 2009**: PHILLIP A. BOCK, BOCK & HATCH, LLC, at (312) 658-5501 or write to him at 134 North LaSalle Street, Chicago, IL 60602.

**PLEASE DO NOT CONTACT THE COURT OR THE JUDGE**

www.USATODAY.com

PERSONALS

30,000+ Russian, Latin, Asian singles Instant contact! Singles Tours Free catalog, Video! A Foreign Affair 800-576-3367 www.loveme.com

Fun Local Singles — Call for Your Local Number 800-289-1489, Code 7131 or MegaMates.com, 18+

BUSINESS

FRANCHISES

3 Great Franchises Under 20K — One Great Company — Human Resources - Video Services — 877-485-5858 — www.3greatfranchises.com

BUSINESS OPPORTUNITIES

Commercial Real Estate No Exp. Nec. Returning Phone Calls. We Supply All Leads Call About Our 5 FREE progs. 1-888-297-3444

BUSINESS OPPORTUNITIES

* Buy Foreclosures * U Find/We Fund! Split Big Profits! Training! Info: 1-800-854-1952 x16

100% RECESSION PROOF VENDING ROUTE Do you earn $800 a day? 25 candy machines for $9,995. 800-920-9543. Offer not valid in CA/CT/KY/MD/SD.

$$ Bankcard $$ Agents Wanted — * $200.00 Upfront Bonus per app/Rates as low 1.59% FREE EQUIPMENT/Fast Approval * Conversion Bonus up to $500.00/ Customize Residual Programs Free Leads EXP. REQ. 1-800-852-1902 Ricardo

1,000 Businesses - Real Estate Investments - Waterfront Properties - Canada & US (by Owner) Details www.pin.ca

www.USATODAY.com

BUSINESS OPPORTUNITIES

Outside/Inside Marketing Sales! — Not MLM. Business is booming! 20K-30K mnthly. Huge Residuals. Professional marketer guarantees success. Car-health ins. bonuses. "Need Proof?" Go to www.JacobToback.com

No Recession Here! $250,000 profit potential first year in business is no exaggeration. If you are looking for a business that offers exceptional profit margins, low overhead with tremendous expansion possibilities that's fun and easy to do lets talk! We even fly someone into your area to ensure your success. $15,900 investment normally recovered in first 30 days call: 1-800-399-0896

MARKETPLACE

HEALTH/FITNESS

SERVING SINCE 1998 VIAGRA CIALIS, LEVITRA, PROPECIA VALTREX, XENICAL and more... OVERNIGHT SHIPPING AVAILABLE VIAMEDIC SAFE • SECURE • DISCREET se habla español (877-4-VIAGRA) 877-484-2472 VIAMEDIC.COM

VIAGRA / LEVITRA Affordable, discreet. Toll-free 1-877-799-9333

TICKETS

LasVegasTickets.com Bette Midler-Cher-"O"-Love-UFC-NASCAR (888) 777 - VEGAS

MLB Spring Training * Broadway 800-326-0331 www.wstickets.com Concerts * Sports * Theatre

Ticket Solutions 800-477-5285 TicketSolutions.com Any Ticket - Anytime - Anywhere

TRAVEL

DISCOUNT TRAVEL

AAAAAA AWARDS BUY/SELL 1-800-859-8695 EUROPE/ORIENT/USA/S. PACIFIC

Send your sales through the roof with an ad in **Marketplace Today**. For more information on how to place your ad call: **1-800-397-0070** toll-free in the U.S. only. **USATODAY@rja-ads.com** or visit us online at: **www.USATODAY.com**

NOTICES

PUBLIC NOTICE

MISSING

TAYLOR BOURG
DOB: Sep 23, 1992 Sex: Female Race: White
Missing: Aug 16, 2008 Hair: Lt. Brown Eyes: Hazel
Age Now: 16
From: Pass Christian, MS
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN
1-800-THE-LOST

# USA TODAY Puzzles

Play online — http://puzzles.usatoday.com

## USA TODAY Crossword — Edited by Timothy Parker

**ON THE TABLE** — by Kevin Donovan

**ACROSS**
Audacity
Coffee bar flavor
Emulated Gabriel
Pennsylvania port
In the works
Give five stars
It sets the tone
Big man in Bahrain until 2002
Veteran actor Vigoda
Outs partner
Put out of commission
Go head-to-head
Dollar makers
Fit start?
Put down roots
Offered, as farewell
Load mover
Plant pest
Northern France city
Financing factor, initially
South American ruminant
Lion's share's opposite
Water under the drawbridge
Minute matter
It's heard in Hungary
Zip
Guitarfish relative
Indefinite periods
Mount Vesuvius casualty
Horse relative
Account receivable
Twist-apart treat
Ducks' desire
Asian starch
Cream of the crop
Depression-era migrant
Certain flair
Sub assemblers
Warsaw Treaty Org. member

**DOWN**
Gain access to
Popular resort island
Fabric made from flax
Hilo handout
Attractive ones
Whacks, to a wiseguy
Sound heard in the park
Great gathering
9 Big name for losers?
10 It was worn in war, once
11 Easter entree
12 All bad
13 Gibson flick, "We ___ Soldiers"
18 View from Memphis
23 Real bargain
25 Place to find fried food
26 Emulate Beethoven
28 Extract juice from
30 "Fancy ___!"
31 Ride to the red carpet
32 Coated Dutch cheese
33 Soothing salve
34 It has a code
35 Partner of drop
37 Turkey neighbor
40 Interest, as in a venture
45 Skirmishes
48 Reacted to a good hand
50 Altar's place
52 Threepeater's prize
54 Beats soundly
55 First name in fashion
56 Sitcom's Schneider, for instance
57 Prepare to be shot
58 Like some agreements
59 Prefix with "phone" or "byte"
60 Side in a debate
64 Be miserable
65 Thou, now

Get USA TODAY Crosswords on your mobile phone. Visit usatoday.uclickgames.com today!

Monday's Puzzle Answer

Answers: Call 1-900-988-8300, 99 cents a minute; or, with a credit card, 1-800-320-4280.

## Word Roundup — by David L. Hoyt and Jeff Knurek

Find and Circle...
Eight countries
Three school subjects
Neurological organ
Cubes with pips
2,000 pounds

Answers to Monday's puzzle: SLEET HAIL RAIN SNOW -- MERCURY NEPTUNE URANUS EARTH -- SECOND MONTH YEAR DAY -- FISH DOG CAT -- PEPPER SALT

P X A G H Y J A V A Y A
E E K U H I L A I Z A Y
C X R T S O S V P D G N
N D A U G T I T A A I E
E M I N Y L R N O A N K
I V A C O X A I R R G T
C Z K B E C Z B A X Y O
S M O N G O L I A C B N

## QuickCross — by John Wilmes

Chicago players
Card deck ones
Curveless
Corn spikes
Coffee shop
Calif. college
Chicago player
Concordes (Abbr.)

Monday's Puzzle Answer: CAST / UTAH / BONE / AMEN

Get USA TODAY Quick Cross on your mobile phone. Visit usatoday.uclickgames.com today!

## Up & Down Words — by David L. Hoyt and Russell L. Hoyt

1 RALPH
2
3
4
5
6
7 POINT

CLUES
1 Famous fashion designer
2 "Dumb & Dumber" actress
3 "Saving Grace" star
4 It's darker than kelly
5 Immigration-related document
6 Gin rummy, for example
7 Tennis term

Monday's Answer: NOT / FUNNY / BUSINESS / EXECUTIVE / PRODUCER / PRICE / TAG / TEAM

## USA TODAY Sudoku

Get USA TODAY Sudoku Fusion on your mobile phone. Visit usatoday.uclickgames.com today!

Complete the grid so that every row, column and 3x3 box contains the numbers 1 through 9 (no repeats).

DIFFICULTY RATING: ★★★☆☆

DIFFICULTY RATING: ★★☆☆☆

Complete the grid so that every row, column and 3x2 box contains the numbers 1 through 6 (no repeats).

Monday's Puzzle Answer

## USA TODAY Txtpert

Theme: *Chemistry*
Use the phone keypad to decode the clues. For example, 2 could be A, B or C ... and 5678 could be LOST

Across
1. 227486
4. 24766486
7. 372486
8. 723486

Down
2. 4766
3. 676486
4. 267737
5. 463486
6. 5323

To play on your mobile phone, visit www.NamcoGames.com/USATODAYTxtpert

Yesterday's solution

## USA TODAY Don't Quote Me

©Wiggles 3D Incorporated

Rearrange the words to complete the quote.

Entertainer Gypsy Rose Lee reflects on the nature of aging

AGO ALL EVERYTHING EXCEPT LOWER NOW TWENTY YEARS

"I have ______ I had ______ ______ ______ - ______ that ______ it's ______ ______."

Monday's Answer: "Diplomacy: the patriotic act of lying for one's country."

**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**
**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

IRA HOLTZMAN )
v. ) No. 07 C 7033
CCH INCORPORATED )

TO: All persons or entities located anywhere in the United States who were sent or received advertising or promotional material by facsimile from or on behalf of CCH Incorporated after November 8, 2002.

This notice relates to the settlement of a class action lawsuit that alleges that CCH Incorporated faxed advertising material in violation of the law. If you were sent or received a fax promoting products or services of CCH Incorporated (including Best Case Solutions, ProSystem fx, CorpSystem, CompleteTax, TagData, TeamMate, SWORD and MediRegs) without your express permission or without you having had a prior business relationship with CCH, your rights may be affected by a proposed settlement of a class action lawsuit. You may be entitled to money.

To obtain detailed information concerning the settlement of this class action lawsuit and to receive a claim form, you must contact by **March 25, 2009**: PHILLIP A. BOCK, BOCK & HATCH, LLC, at (312) 658-5501 or write to him at 134 North LaSalle Street, Chicago, IL 60602.

**PLEASE DO NOT CONTACT THE COURT OR THE JUDGE**

# AFFIDAVIT

**STATE OF TEXAS )**
**) ss:**
**CITY AND COUNTY OF DALLAS)**

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): February 17, 2009; advertiser: CCH Incorporated.; and that the foregoing statements are true and correct to the best of my knowledge.

E. Ostenson

Sworn to before me this
19th day of February, 2009.

Albert Fox
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

# CLOSED-END FUNDS

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM

## CLASS ACTIONS

**LEGAL NOTICE**

### CLASS ACTION SETTLEMENT CONCERNING PROPANE

A $52 million settlement has been reached, subject to final court approval, in a class-action lawsuit, *In Re: BP Propane Direct Purchaser Antitrust Litigation*, Civil No 1:06-CV-3621 (U.S.D.C. N.D. Ill.). You are a member of the Settlement Class if you:

- Purchased TET propane, non-TET propane, and/or propane purchased or sold at a price tied to OPIS Mont Belvieu TET pricing or OPIS Mont Belvieu non-TET pricing from a propane producer for delivery in April 2003 or during the period February 1, 2004 through March 15, 2004; and/or
- Purchased or sold or financially settled a purchase or sale obligation for TET propane and/or non-TET propane in the over-the-counter market for delivery in April 2003, February 2004, or March 2004 (if March 2004 settled based on February 2004 OPIS Mont Belvieu TET pricing or OPIS Mont Belvieu non-TET pricing); and/or
- Entered into propane futures contracts for April 2003 TET propane and/or February 2004 TET propane.

If you are a member of the Settlement Class, you have various rights. A complete description of the Settlement and of your rights is contained in a written Notice of Pendency of Class Action, Proposed Class Settlement and Hearing. To obtain a copy of this notice, please call toll-free: 800-961-4924 or visit www.BPPropaneSettlement.com.

Do not delay. The deadline for certain matters is March 30, 2009. Proofs of claim must be received by the Claims Administrator no later than May 26, 2009.

**Your rights in this class-action settlement are in addition to any rights you may have in a separate restitution fund administered by the U.S. Department of Justice. You should pursue whatever rights you may have in both funds.**

www.BPPropaneSettlement.com
800-961-4924

**NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT**
**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

IRA HOLTZMAN )
v. ) No. 07 C 7033
CCH INCORPORATED )

TO: All persons or entities located anywhere in the United States who were sent or received advertising or promotional material by facsimile from or on behalf of CCH Incorporated after November 8, 2002.

This notice relates to the settlement of a class action lawsuit that alleges that CCH Incorporated faxed advertising material in violation of the law. If you were sent or received a fax promoting products or services of CCH Incorporated (including Best Case Solutions, ProSystem fx, CorpSystem, CompleteTax, TagData, TeamMate, SWORD and MediRegs) without your express permission or without you having had a prior business relationship with CCH, your rights may be affected by a proposed settlement of a class action lawsuit. You may be entitled to money.

To obtain detailed information concerning the settlement of this class action lawsuit and to receive a claim form, you must contact by **March 25, 2009**: PHILLIP A. BOCK, BOCK & HATCH, LLC, at (312) 658-5501 or write to him at 134 North LaSalle Street, Chicago, IL 60602.

**PLEASE DO NOT CONTACT THE COURT OR THE JUDGE**

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

## Free Annual Reports

To order visit http://wsj.ar.wilink.com or call 800 654 2582. Fax 800 965 5679.

# BORROWING BENCHMARKS

## Money Rates

February 16, 2009

## Cash Prices

Monday, February 16, 2009

## Key Interest Rates

## Hedge-Fund Benchmarks

Where Real Estate Professionals Conduct Business

*To list your commercial real estate, please call 800.366.3975.*

THE WALL STREET JOURNAL.